UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80142-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GIULIO STAIANO**,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 17]. On November 15 and 22, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to the sole count in the Information [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 14]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 17]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 17] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Giulio Staiano as to the sole charge in the Information is **ACCEPTED**;

3. Defendant Giulio Staiano is adjudicated guilty of the sole charge in the Information, which charges Defendant with conspiracy to make a false entry in a record to obstruct

CASE NO. 21-80142-CR-CANNON

the administration of an agency of the United States, in violation of 18 U.S.C. §§ 371 and 1519.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of December 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record